441 A.2d 776

Penn State Construction v. Cambria Savings v. Associated-East Mortgage Company, Appellant.

Argued May 20, 1981. E. J. Strassburger, for appellant; James F. O'Malley, for Penn State, appellee; Richard J. Green, Jr., for Cambria, appellee.

Before MONTGOMERY, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.